**FILED**
June 6, 2008
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. MAG. 08-0191 GGH |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE OF |
| ) | PERSON IN CUSTODY |
| PRISCILLA RENEE CARLISLE, ) | |
| ) | |
| Defendant. ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Priscilla Renee Carlisle</u>, Case No. <u>MAG. 08-0191 GGH</u>, Charge <u>Title 18 USC §§ 472; 1029(a)(3)</u>, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    ___ Release on Personal Recognizance

    _X_ Bail Posted in the Sum of $ <u>25,000.00</u>

        _X_ Unsecured Appearance Bond

        ___ Appearance Bond with 10% Deposit

        ___ Appearance Bond with Surety

        ___ Corporate Surety Bail Bond

    _X_ (Other) <u>With Pretrial Services Supervision of conditions of release</u>

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at <u>Sacramento, CA</u> on <u>June 6, 2008</u> at <u>3:10</u> pm.

By _____
Dale A. Drozd
United States Magistrate Judge